**taylor | english**

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Coby S. Nixon
Direct Dial: (678) 336-7251
Email: cnixon@taylorenglish.com

January 5, 2023

<u>Via ECF</u>
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
Application granted.
SO ORDERED.

            [signature]
        NAOMI REICE BUCHWALD
      UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          January 6, 2023
```

Re:   *Al Infinity LLC v. Crown Cell Inc. et al.*, No. 1:20-cv-04813 (NRB)

Dear Judge Buchwald:

Pursuant to Rule H(2) of Your Honor's Individual Rules of Practice, Defendants respectfully submit this application for leave to file under seal the following:

The information concealed by the redactions in:
1. Defendants' Memorandum in Support of their Motion for Partial Summary Judgment;
2. Defendants' Statement of Material Facts;
3. Exhibit 4 to my Declaration in support of Defendant's Motion; and

the entirety of Exhibits 5, 11, 14, and 15 to my Declaration in support of Defendants' Motion.

These materials contain information that Plaintiff and Third-Party Defendant have designated as Confidential pursuant to the Stipulated Confidentiality Agreement and Protective Order entered in this matter (ECF No. 42).

Defendants intend to seek Plaintiff's and Third-Party Defendants consent to file redacted/public versions of Exhibits 5, 11, 14, and 15 to my Declaration.

Hon. Naomi Reice Buchwald<br>
January 5, 2022<br>
Page | 2

Respectfully submitted,

TAYLOR ENGLISH DUMA LLP

_____

Coby S. Nixon

1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
Email: cnixon@taylorenglish.com

Attorney for Defendants

cc:	All Counsel of Record (via ECF)