# THE LAW FIRM OF
# JEFFREY S. DWECK, P.C.
43 West 33rd Street • Suite 304
New York, New York 10001

(212) 967-0500
Fax: (212) 967-0501
Email: Jeffrey@dweckny.com

Jeffrey S. Dweck, Esq.*

\* Also admitted in New Jersey.

February 6, 2023

*Via ECF*
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Al Infinity LLC v. Crown Cell Inc. et al
            Case No. 20-CIV-4813 (NRB)
            <u>Letter Seeking Leave to File Under Seal</u>

> **Endorsement**
>
> Application granted on condition that the sealed material be kept to the absolute minimum.
>
> So Ordered.
>
> Naomi Reice Buchwald, USDJ
>
> February 7, 2023

Dear Judge Buchwald:

    We represent the plaintiff in this action and are writing to seek leave to file documents in connection with Plaintiff's opposition to Defendants' motion for summary judgment and Plaintiff's cross motion for summary judgment <u>under seal</u>.

    The reason for this request is to confirm to Defendants' request (which was granted, under Docket No. 69) to keep certain business-related information of the Defendants confidential.

This would involve:
1. The Declaration of Isaac Franco with an Exhibit containing provisions of a deposition transcript.
2. The Declaration of attorney Jeffrey Dweck which makes reference to confidential information.
3. The Declaration of Allen Steinberg and single exhibit thereto containing a series of emails.
4. The Plaintiff's Rule 56.1 Counter-Statement of Facts.

5.     The Memorandum of Law in opposition to Defendants' motion and in support of Plaintiff's cross motion.

Respectfully submitted,

THE LAW FIRM OF
JEFFREY S. DWECK, P.C.