UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AL INFINITY, LLC,

                        Plaintiff,                   20 **CIVIL** 4813 (NRB)

         -against-                        **JUDGMENT**

CROWN CELL, INC., HERSCHEL
SPALTER, ISSER BOYARSKY and
DOES 1-10,

                        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 9, 2023, plaintiff's motion for summary judgment is denied in its entirety and defendants' motion for summary judgment is granted.

**Dated:**  New York, New York
           August 9, 2023

                                                **RUBY J. KRAJICK**
                                                 Clerk of Court

                          **BY:**
                                               **Deputy Clerk**