```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
AL INFINITY, LLC,

                Plaintiff,

       - against -
                                              20 Civ. 4813 (NRB)
CROWN CELL, INC., HERSCHEL SPALTER,
ISSER BOYARSKY, and JOHN DOES 1-10,                 Order

                Defendants.
---------------------------------------X
CROWN CELL, INC.,

                Third-Party Plaintiff,

       - against -

WESTVIEW INDUSTRIES, INC.,

                Third-Party Defendant.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Defendant Crown Cell, Inc. ("Crown Cell") filed its third-party complaint against third-party defendant Westview Industries, Inc. ("Westview") on August 4, 2025.  ECF No. 107.  Westview filed its answer to Crown Cell's complaint on September 16, 2025.  ECF No. 121.  It is the Court's understanding that the pleadings are now complete.  Counsel are directed to confer with one another on the subjects to be considered in Fed. R. Civ. P. 16(b) scheduling orders and at 26(f) conferences, and to submit a discovery schedule for the Court's consideration by Thursday, October 23, 2025.

1

**SO ORDERED.**

DATED:   New York, New York
         October 7, 2025

                                  _____
                                      NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE